UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

**CHERYL PATIN**  *CIVIL NO. 6:10-0650

**VERSUS**  *JUDGE HAIK

**BROCK RICHARD, ET AL.**  *MAGISTRATE JUDGE HILL

## MINUTES OF TELEPHONE STATUS CONFERENCE AND ORDER

On October 13, 2010, a telephone status conference was held in this case. Stanley Stephen Spring, II and Sara Beth Rodrigue attended.[1] During the conference, the parties consented to the exercise of this court's jurisdiction by the undersigned Magistrate Judge. Accordingly, an Order of Reference has been prepared for Judge Haik's consideration.

Upon referral, the **Jury Trial** will be reset before the undersigned Magistrate Judge in Courtroom 6, 3rd Floor, United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana beginning on **June 13, 2011 at 9:30 a.m.** A **Pre-Trial Conference** will be held in chambers on **May 17, 2011 at 10:00 a.m.** in chambers of the undersigned. The **Clerk shall** issue a Scheduling Order setting pre-trial deadlines in accordance with the new trial date.

The pending **Motion to Dismiss** [rec. doc. 10] is hereby **reset** for consideration by the undersigned Magistrate Judge with **oral argument** on **November 17, 2010 at 10:00 a.m.** in Courtroom 6, 3rd Floor, United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana. **Opposition** to the Motion may be filed on or before **October 25, 2010.** Any **Reply** may be

---

[1] Statistical time: 20 minutes.

filed on or before **October 29, 2010.**

      Signed this 13th day of October, 2010, at Lafayette, Louisiana.

                                                                           C. MICHAEL HILL
                                                                        UNITED STATES MAGISTRATE JUDGE

Case 6:10-cv-00650-CMH   Document 13   Filed 10/15/10   Page 2 of 2 PageID #: 187